IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KEVIN DAVIS, on behalf of himself and all others similarly situated,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>**SILVER FERN FARMS USA LLC,**<br><br>　　　　　　　　　　Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __11/19/2021__<br><br>1:21-cv-04750-ALC-DCF<br><br>**ORDER OF DISMISSAL** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 18, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-04750-ALC-DCF**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __19th__ **day of November 2021.**

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE